UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: _____

KRIS BATES, ROSIE BATES and
ERICA CIRILLO,

    Plaintiffs,

vs.

FIRSTSERVICE RESIDENTIAL, INC.

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA:

    Defendant FIRSTSERVICE RESIDENTIAL, INC. ("Defendant"), by and through undersigned counsel, hereby gives notice of removal of an action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, styled *Kris Bates, Rosie Bates and Erica Cirillo v. FirstService Residential, Inc.*, Case No. 11-2014-000812-0001-XX, to the United States District Court for the Middle District of Florida, Fort Myers Division, being the district and division within which that action is presently pending.

    As grounds for removal, Defendant states as follows:

    1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), 1441(c), and 1446(a).

    2.    Pursuant to 28 U.S.C. § 1446(a), attached to the certification filed contemporaneously with this Notice of Removal are copies of Plaintiffs' Complaint and all state court process, pleadings, and orders served upon Defendant in the state court civil action.

3. Plaintiffs served the Complaint on Defendant, through its registered agent, on or about June 30, 2014. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of a copy of Plaintiffs' Complaint.

4. This Court has original, federal question jurisdiction over the claims asserted in Counts I and II of the Complaint pursuant to 28 U.S.C. § 1331, in that Plaintiffs Kris Bates and Rosie Bates purport to state a claims arising under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et. seq.*

5. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the Count III claim asserted by Plaintiff Erica Cirillo. Plaintiff Cirillo purports to state a claim for retaliatory constructive discharge under Fla. Stat. § 448.101, *et. seq.* The circumstances underlying Plaintiff Cirillo's separation of employment are so related to the federal claim asserted by Plaintiff Rosie Bates in Count II of the Complaint that Counts II and III form part of the same case or controversy. Indeed, the defenses to be raised to Plaintiff Rosie Bates' Count II claim and Plaintiff Cirillo's Count III claim are, to a great extent, similar, and therefore will turn on testimony and evidence proffered by some of the same witnesses.

6. Alternatively, if this Court declines to exercise supplemental jurisdiction over Plaintiff Cirillo's Count III state law claim pursuant to 28 U.S.C. § 1367(a), then Defendant respectfully submits that removal of the Complaint is proper under 28 U.S.C. § 1441(c), which provides for removal of an "entire action" where claims arising under the laws of the United States (here, the Count I and II claims) are included with a claim not within the original or supplemental jurisdiction of the Court (here, the Count III claim if this Court declines to exercise supplemental jurisdiction). Pursuant to 28 U.S.C. § 1441(c)(2), "[u]pon removal . . . the district court shall sever from the action" the claim not within the original or supplemental jurisdiction of the Court and remand such severed claims to the State Court from which the claim was

removed.

7. Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit and served on Plaintiffs' counsel.

8. This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE**, Defendant gives notice that the above-styled case now pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida is removed therefrom to this Court.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Attorneys for Defendant*

By: s/Andrew L. Rodman
ANDREW L. RODMAN
Florida Bar No. 0192198
E-mail: arodman@stearnsweaver.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was sent by overnight delivery on July 29, 2014 for filing with the Clerk of Court on <u>July 30, 2014</u>. I also certify that the foregoing document is being served the 30th day of July, 2014 on all counsel of record identified on the Service List in the manner specified.

s/Andrew L. Rodman
ANDREW L. RODMAN, ESQ.

## SERVICE LIST

*Kris Bates, Rosie Bates and Erica Cirillo v. FirstService Residential, Inc.*
CASE NO. _____
United States District Court, Middle District of Florida

Lawrence J. McGuinness, Esq.
Florida Bar No.: 814611
Email: ljmpalaw@netzero.com
McGUINNESS & GONZALEZ, P.A.
1627 S.W. 37th Ave.
Suite 100
Miami, FL 33145
Tel: 305-448-9557
Fax: 305-448-9559
*Attorneys for Plaintiffs*
*Service by E-mail*